1806.

MANN-
HARDT
*v.*
SODER-
STROM.

---

## HOAR *against* MULVEY.

*Saturday,
March 15th.*

*D*UPONCEAU upon a former day obtained a rule upon the plaintiff, to shew cause why there should not be a new trial; and upon the argument, he now offered to the court the same affidavit of the defendant upon which he obtained the rule.

The affidavit of a party may lay a ground for a rule to shew cause, but it cannot be heard upon the argument on the rule.

*S. Levy* for the plaintiff opposed it as being contrary to the invariable practice of the court.

Per CURIAM. The affidavit of the party is frequently used to lay a foundation for a rule to shew cause; but it has uniformly been the practice of the court, to refuse hearing it upon the argument on that rule. He must produce proofs from a different quarter.